IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ALECIA L.[1] PLAINTIFF

v. CIVIL ACTION NO. 4:26-CV-40-MPM-DAS

COMMISSIONER OF SOCIAL SECURITY DEFENDANT

ORDER GRANTING MOTION TO REMAND

On November 5, 2026, the defendant, Commissioner of the Social Security, filed an unopposed motion for voluntary remand for further administrative proceedings under the fourth sentence of 42 U.S.C. § 405(g). Docket 15. The plaintiff is not opposed to the requested relief.

IT IS, THEREFORE, ORDERED that the defendant's motion is GRANTED, and this matter is REVERSED and REMANDED for further administrative proceedings by the Commissioner of the Social Security Administration pursuant to the fourth sentence of 42 U.S.C. § 405(g).

This the 9th day of November, 2026.

/s/Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI

[1] Consistent with guidance from the Judicial Conference's Committee on Court Administration and Case Management regarding privacy concerns in social security cases, the undersigned identifies the plaintiff only by first name and last initial.