IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ALECIA L.[1] PLAINTIFF

V. CIVIL CAUSE NO. 4:26-CV-40-MPM-DAS

COMMISSIONER OF SOCIAL SECURITY DEFENDANT

ORDER GRANTING PAYMENT OF ATTORNEY'S FEES

On November 10, 2026, the plaintiff filed a motion for an award of attorney's fees of $6,757.50 paid pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) for 25.50 hours of work performed at the rate of $265.00 per hour. Docket 18. The Commissioner responded that it does not object to the plaintiff's requested fee. Docket 20. The Court has reviewed the motion and the record and concludes that the motion is well taken.

It is ORDERED that the defendant pay the plaintiff $6,757.50 in attorney's fees under the Equal Access to Justice Act. This award is to be paid to the plaintiff for the benefit of her attorney, Leanna Reynolds, and should be mailed to counsel's office at P.O. Drawer 280, Charleston, MS, 38921.

SO ORDERED, this the 23rd day of November, 2026.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE

[1] Consistent with guidance from the Judicial Conference's Committee on Court Administration and Case Management regarding privacy concerns in social security cases, the undersigned identifies the plaintiff only by first name and last initial.